UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

OSCAR DANTZLER                          CIVIL ACTION
                                            NO. 09-3703

VERSUS

U.S. DISTRICT COURT JUDGES, LANCE
M. AFRICK, ET AL.                          SECTION M

## ORDER

The Court recuses itself in the captioned case and orders the Clerk to re-allot the matter in accordance with Local Rule.

New Orleans, Louisiana, this 22nd day of July, 2009.

                                               Peter Beer
                                  United States District Judge

JUL 2 4 2009
REALLOTTED TO
SECT. S

\_\_ Fee
\_\_ Process
X Dktd
\_\_ CtRmDep
\_\_ Doc. No.