UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OSCAR DANTZLER | CIVIL ACTION |
| VERSUS | NO: 09-3703-KDE-SS |
| LANCE M AFRICK, et al | |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff, Oscar Dantzler ("Dantzler"), has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that: (1) Dantzler's claims against Jim Richardson, Sal Mike and Willie Johnson be dismissed with prejudice for failure to prosecute; and (2) his complaint be dismissed with prejudice.

New Orleans, Louisiana, this 28th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE